UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA LOUISE ROBERTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STUDIO 15 MANGENT, RUTH RIVERIA, JOLINDA QUILTIA,<br><br>Defendants. | Case No.: 22-cv-967-GPC(AGH)<br><br>**ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>**[Dkt. No. 22.]** |

On August 18, 2022, the Court, under 28 U.S.C. § 1915(a), *sua sponte* dismissed Plaintiff's amended complaint for failure to state a claim without leave to amend because the complaint failed to present short and plain statements with legally relevant facts to support a cause of action.[1]  (Dkt. No. 15.)  On January 19, 2023, Plaintiff filed a notice of appeal of the Court's order.  (Dkt. No. 21.)  Concurrently, she also filed a motion for leave to appeal in forma pauperis on appeal indicating she cannot pay the filing fee.  (Dkt. No. 22.)

Federal Rule of Appellate Procedure 24(a)(3) provides that

> [a] party who was permitted to proceed in forma pauperis in the district-court action, . . . may proceed on appeal in forma pauperis without further

---

[1] On August 4, 2022, the Court had previously, *sua sponte*, dismissed the complaint for failure to state a claim with leave to amend because Plaintiff had not presented a short and plain statement of the claim. (Dkt. No. 8.)

>authorization, unless: (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or (B) a statute provides otherwise.

Fed. R. App. P. 24(a)(3).  An appeal is taken in "good faith" where it seeks review of any issue that is "non-frivolous."  *See Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).  A complaint is frivolous if it has "no arguable basis in fact or law."  *O'Loughlin v. Doe*, 920 F.2d 614, 617 (9th Cir. 1990).  Based on the Court's ruling *sua sponte* dismissing the complaint for failing to state a claim, it concludes that the appeal is not taken in "good faith" and lacks any arguable basis in law or fact and is frivolous.  Accordingly, it is HEREBY ORDERED that: (1) Plaintiff's in forma pauperis status is REVOKED for purposes of the appeal; and (2) the Clerk of Court is DIRECTED to notify the Ninth Circuit Court of Appeals that the Court certifies that Plaintiff's appeal is not taken in good faith.

      IT IS SO ORDERED.

Dated:  February 9, 2023

Hon. Gonzalo P. Curiel
United States District Judge